6507.   SWAN-EDWARDS CO. *v.* UNION SAVINGS BANK.

WADE, J.   1. A bank is presumed to know the signature of one of its
   depositors, and therefore can not recover from a bona fide holder for
   value money paid by the bank upon a check to which the drawer's signa-
   ture was forged, unless it appears that the holder, by his own negli-
   gence, contributed to the success of the fraud practised, or his conduct
   had a tendency to mislead the drawee, which was itself free from fault.
   *Woods* v. *Colony Bank*, 114 *Ga.* 683 (2), 685 (40 S. E. 720, 56 L. R. A.
   929) ; 2 Michie on Banks and Banking, § 147, p. 1196, and cases there
   cited.   Any seeming conflict in principle between this ruling and the
   ruling in *Woods* v. *Colony Bank*, supra, disappears on examination of
   the particular facts in that case.
2. The instructions of the court complained of which were in conflict with
   the foregoing ruling were erroneous; and the failure to give requested
   instructions which conformed it was also error.   *Judgment reversed.*
                 DECIDED JANUARY 27, 1916.

   Appeal; from Richmond superior court—Judge H. C. Ham-
mond.   January 21, 1914.

   *W. K. Miller, J. S. Bussey Jr.,* for plaintiff.
   *C. H. & R. S. Cohen,* for defendant.